IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ANDRE MILLER,

    Plaintiff,

vs.

SAN MATEO COUNTY and SAN MATEO
COUNTY DEPARTMENT OF CHILD
SUPPORT SERVICES,

    Defendants.

Case No. 6:18-cv-00884-MK
**OPINION AND ORDER**

AIKEN, Judge:

United States Magistrate Judge Jolie A. Russo[1] filed her Findings and Recommendation ("F&R") (doc. 18) on September 18, 2018, recommending that this Court grant defendants' motion to dismiss (doc. 15). The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections (doc. 22) to the F&R. When any party objects to a magistrate judge's F&R, the district court must make a *de novo* determination of the specified proposed findings or recommendations to which the objection is made. 28 U.S.C. § 636(b)(1);

---

[1] This case has since been reassigned to Magistrate Judge Mustafa T. Kasubhai.

1 – OPINION AND ORDER

*Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has considered plaintiff's objections and concludes that there is no basis to modify the F&R. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the F&R. Accordingly, the Court ADOPTS Magistrate Judge Russo's F&R (doc. 18). Defendants' motion to dismiss (doc. 15) is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED

Dated this 24th day of October 2018.

_____
Ann Aiken
United States District Judge